# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal No. 1:19-cr-10138-STA |
| | ) | |
| **JONATHAN YORK,** | ) | |
| Defendant. | ) | |

## POSITION OF THE UNITED STATES WITH RESPECT TO SENTENCING

COMES NOW the United States of America, by and through D. Michael Dunavant, United States Attorney, and David N. Pritchard, Assistant United States Attorney for the Western District of Tennessee, and notifies the Court of the position of the United States in accordance with § 6A1.2 of the United States Sentencing Guidelines.

1. The attorney for the United States received and reviewed the Presentence Investigation Report prepared in this matter.

2. The United States has no objections to the factual findings or guideline calculations contained in the Pre-Sentence Report.

Respectfully submitted,

D. MICHAEL DUNAVANT
UNITED STATES ATTORNEY

By:   s/ David N. Pritchard
David N. Pritchard
Assistant United States Attorney
167 N. Main Street, STE 800
Memphis, TN 38103
901-544-4231

## **CERTIFICATE OF SERVICE**

I, David N. Pritchard, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing Position Paper of the United States has been filed via the District Court's electronic case filing system and emailed to defense counsel.

Respectfully submitted this 14th day of December, 2020.

s/David N. Pritchard
David N. Pritchard